United States District Court
Southern District of Texas
**ENTERED**
August 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| David Romero,<br>　　*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action H-22-2442 |
| Kilolo Kijakazi,<br>Acting Commissioner of the<br>Social Security Administration,<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§ | |

## ORDER OF ADOPTION

On July 31, 2023, Magistrate Judge Peter Bray recommended that David Romero's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. ECF No. 14. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed at Houston, Texas, on August __15__, 2023.

　　　　　　　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE